# EXHIBIT B

**VIEWS** 

Politics (/topics/politics)   World (/topics/world)   Health (/topics/health)

Religion (/topics/religion)   Society (/topics/society)   Social (/topics/social)   Videos (/videos)

SOCIETY

# Bronx Man Stabbed, Last Words To Police 'F--k You'

May 12, 2016

by Jordan Smith (/users/jordan-smith)

👍 225    💬 113

f  𝕏



A 23-year-old New York man was stabbed in the Bronx around 7 p.m. May 11, resulting in fatal injuries.

Daniel Pena was found lying in a courtyard of an apartment building with two stab wounds to his lower abdomen, according to News 12 Bronx.

Emergency personnel arrived and Pena was transported to a local hospital, where he died of his injuries.

However, police did try to find out information from him first about his attacker.

"As he took his dying breath, his last words to police were, 'F–k you,'" a law enforcementsource told the New York Post.

f Share on facebook

An anonymous man who said he had known Pena all his life told News 12 that the incident began as an argument before escalating into violence, with a group of people attacking Pena. Pena sought to run away back to his own building but did not make it, the man added.

The 23-year-old reportedly had a 4-month-old daughter.

A memorial has been set up in front of Pena's building.

Police have yet to make any arrests and say the investigation is ongoing.

Another unrelated stabbing occurred in the Bronx just hours later. Police discovered 32-year-old Willie Lopez unresponsive in the hallway of an apartment block at around 10:30 p.m., according to Metro.

Lopez was taken to the hospital and pronounced dead. Police have not arrested anyone over the incident.

Sources: New York Post (http://nypost.com/2016/05/12/stabbing-victims-dying-words-to-cops-f-k-you/), News 12 Bronx (http://bronx.news12.com/news/23-year-old-daniel-pena-stabbed-to-death-inside-decatur-avenue-courtyard-1.11790839), Metro (http://www.metro.us/new-york/a-pair-of-overnight-bronx-stabbings-leave-two-dead/zsJpel---SS3mCrGgTUbwY/) / Photo Credit: Christopher Sadowski/New York Post

f  

**Should Pena have given the names of his attackers?**

Yes    No

Comment

**TRENDING NOW**

9 Comments                                              Sort by  Oldest



Add a comment...



Ralph Moerschbacher · Jersey Shore, Pennsylvania
And I cannot protect myself by having my own weapon when I go to NY from PA for cancer treatment

f Share on facebook


**Joshua Alvarez**
Sure you can. Just tell whoever is bothering you "Look! I have cancer damnit!"
Like · Reply · May 13, 2016 9:35am


**Alan Wolfe** · Saint Cloud State University
Wow, too bad you can't fit a cop under each armpit . . . be handy to have one when you need one.
Like · Reply · May 12, 2016 6:53pm


**Shari Calhoun** · Property and Casualty Insurance Agent at American Family Insurance
Stupid question
Like · Reply · 👍 1 · May 12, 2016 7:01pm


**John Hughes** · Boss at The Kitchen and Bath Factory, Inc.
What a dumb ass. Just a punk. UN
Like · Reply · May 12, 2016 8:13pm

**Joanne C Walczak** · Gulf Breeze, Florida
So he said fu to the police? Most likely his attacker was a buddy of his. One more hoodlum is dead.
Like · Reply · 👍 3 · May 12, 2016 8:25pm


**Selma Yeye** · Bronx, New York
Sorry to say to u my grandson was not hoodlum he graduated from high school nd worked nd was attending college and had nine month old son. Hoodlums is a person that don't do anything for them selves. First know a person before saying negative things, nd we know the neighborhood cops.
Like · Reply · May 15, 2016 12:06am


**Chato Guerra Moral** · San Jose, California
Maybe the name of the attacker is F U! lol
Like · Reply · May 12, 2016 8:41pm


**Gene Mares** · Mankato, Minnesota
Austin Powers anyone? Fuk yoo Fuk mii
Like · Reply · May 13, 2016 3:20am


**Kent Keebler**
Its obviously time to ban those dangerous knives.
Like · Reply · 👍 2 · May 12, 2016 11:51pm


**Joshua Alvarez**
Yes. I've been practicing cutting my steak with my finger. It actually works!
Like · Reply · May 13, 2016 9:40am


**Phoenix Nash Henderson** · Port Lavaca, Texas
One more POS off the streets ...
Like · Reply · 👍 1 · May 13, 2016 8:18am


**Selma Yeye** · Bronx, New York
Ur all a bunch of idiots. Don't know the area and talking crap.
Like · Reply · May 15, 2016 12:08am


**Selma Yeye** · Bronx, New York    **f Share on facebook**
If he didn't know who they were how was he suppose know?!

*(handwritten annotation:)* https://opposingviews.com/i/society/mans-last-words-cops-were-fk-you