

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

December 19, 2017

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Sadowski v. Render Media Inc. (1:17-cv-9045-PGG)*

Dear Judge Gardephe,

We represent Plaintiff, Christopher Sadowski, in the above-captioned proceeding. Plaintiff and Defendant currently are engaged in discussions in an effort to resolve this matter. The parties respectfully request an extension for Defendant to respond to the complaint until January 22, 2018.

The Court's consideration is much appreciated.

Sincerely,

**/richardliebowitz/**
Richard Liebowitz, Esq.

*Counsel for Plaintiff Christopher Sadowski*

MEMO ENDORSED

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.
Dated: Dec. 26, 2017

Liebowitz Law Firm, PLLC