UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/18
```

CHRISTOPHER SADOWSKI,

        Plaintiff,

- against -

RENDER MEDIA INC.,

        Defendant.

**ORDER**

17 Civ. 9045 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that Defendant's deadline for responding to the Complaint is extended until **February 22, 2018.**

Dated: New York, New York
      January 31, 2018

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge