AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

  In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.  1:17-cv-09045  DATE FILED  11/20/2017 | United States District Court for the Southern District of New York<br>500 Pearl Street<br>New York, New York 10007 |
| PLAINTIFF<br>Christopher Sadowski | DEFENDANT<br>Render Media Inc. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 (See attached.) | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

  In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

  In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Ruby J. Krajick | /s/ R. Slusher | 2/26/2018 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER SADOWSKI,<br><br>                             Plaintiff,<br><br>         - against -<br><br>RENDER MEDIA INC.,<br><br>                             Defendant. | Docket No. 1:17-cv-9045<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Christopher Sadowski ("Sadowski" or "Plaintiff"), by and through his undersigned counsel, as and for his Complaint against Defendant Render Media Inc. ("Render" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of a crime scene, owned and registered by Sadowski, a New York based professional photographer. Accordingly, Sadowski seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or is transacting business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Sadowski is a professional photographer in the business of licensing his photographs to online and print media for a fee, having a usual place of business at 96 9th Avenue, Hawthorne, New Jersey 07506.

6. Upon information and belief, Render is a foreign business corporation duly organized and existing under the laws of the State of California, with a place of business at 145 South Fairfax Avenue, Los Angeles, California 90036. Upon information and belief, Render is registered with the New York Department of State, Division of Corporations to do business in the State of New York. At all times material hereto, Render has owned and operated a website at the URL: www.OpposingViews.com (the "Website").

## STATEMENT OF FACTS

### A. Background and Plaintiff's Ownership of the Photograph

7. Sadowski photographed a crime scene (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Sadowski is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with the United States Copyright Office and was given Copyright Registration Number VA 2-000-106.

### B. Defendant's Infringing Activities

10. Upon information and belief, on or about May 12, 2016, Render ran an article on the Website entitled *Bronx Man Stabbed, Last Words To Police 'F—K You'*. See https://www.opposingviews.com/i/society/mans-last-words-cops-were-fk-you. The article

prominently featured the Photograph. A true and correct copy of the article is attached hereto as Exhibit C.

11. Render did not license the Photograph from Plaintiff for its article, nor did Render have Plaintiff's permission or consent to publish the Photograph on its Website.

**CLAIM FOR RELIEF**
**(COPYRIGHT INFRINGEMENT AGAINST RENDER)**
**(17 U.S.C. §§ 106, 501)**

12. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13. Render infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Render is not, and has never been, licensed or otherwise authorized to reproduce, publicly display, distribute and/or use the Photograph.

14. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15. Upon information and belief, the foregoing acts of infringement by Render have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to recover her damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

17. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

18. Plaintiff further is entitled to his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Render be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
November 20, 2017

                                       LIEBOWITZ LAW FIRM, PLLC

                                       By: /s/Richard Liebowitz
                                         Richard P. Liebowitz
                                   11 Sunrise Plaza, Suite 305
                                   Valley Stream, New York 11580
                                       Telephone: (516) 233-1660
                                         RL@LiebowitzLawFirm.com
                                 *Attorneys for Plaintiff Christopher Sadowski*

# EXHIBIT A



# EXHIBIT B

VIEWS  (/)

**Politics (/topics/politics)**    **World (/topics/world)**    **Health (/topics/health)**

**Religion (/topics/religion)**    **Society (/topics/society)**    **Social (/topics/social)**    **Videos (/videos)**

SOCIETY

# Bronx Man Stabbed, Last Words To Police 'F--k You'

May 12, 2016

by Jordan Smith (/users/jordan-smith)

👍 225    💬 113



A 23-year-old New York man was stabbed in the Bronx around 7 p.m. May 11, resulting in fatal injuries.

Daniel Pena was found lying in a courtyard of an apartment building with two stab wounds to his lower abdomen, according to News 12 Bronx.

Emergency personnel arrived and Pena was transported to a local hospital, where he died of his injuries.

However, police did try to find out information from him first about his attacker.

"As he took his dying breath, his last words to police were, 'F–k you,'" a law enforcement source told the New York Post.

[ **f Share on facebook** ]

An anonymous man who said he had known Pena all his life told News 12 that the incident began as an argument before escalating into violence, with a group of people attacking Pena. Pena sought to run away back to his own building but did not make it, the man added.

The 23-year-old reportedly had a 4-month-old daughter.

A memorial has been set up in front of Pena's building.

Police have yet to make any arrests and say the investigation is ongoing.

Another unrelated stabbing occurred in the Bronx just hours later. Police discovered 32-year-old Willie Lopez unresponsive in the hallway of an apartment block at around 10:30 p.m., according to Metro.

Lopez was taken to the hospital and pronounced dead. Police have not arrested anyone over the incident.

Sources: New York Post (http://nypost.com/2016/05/12/stabbing-victims-dying-words-to-cops-f-k-you/), News 12 Bronx (http://bronx.news12.com/news/23-year-old-daniel-pena-stabbed-to-death-inside-decatur-avenue-courtyard-1.11790839), Metro (http://www.metro.us/new-york/a-pair-of-overnight-bronx-stabbings-leave-two-dead/zsJpel---SS3mCrGgTUbwY/) / Photo Credit: Christopher Sadowski/New York Post

 

**Should Pena have given the names of his attackers?**

Yes    No

Comment

**TRENDING NOW**

9 Comments                                                                 Sort by   Oldest


Add a comment...


Ralph Moerschbacher · Jersey Shore, Pennsylvania
And I cannot protect myself by having my own weapon when I go to NY from PA for cancer treatment

Share on facebook


**Joshua Alvarez**
Sure you can. Just tell whoever is bothering you "Look! I have cancer damnit!"
Like · Reply · May 13, 2016 9:35am


**Alan Wolfe** · Saint Cloud State University
Wow, too bad you can't fit a cop under each armpit . . . be handy to have one when you need one.
Like · Reply · May 12, 2016 6:53pm


**Shari Calhoun** · Property and Casualty Insurance Agent at American Family Insurance
Stupid question
Like · Reply · 👍 1 · May 12, 2016 7:01pm


**John Hughes** · Boss at The Kitchen and Bath Factory, Inc.
What a dumb ass. Just a punk. UN
Like · Reply · May 12, 2016 8:13pm

**Joanne C Walczak** · Gulf Breeze, Florida
So he said fu to the police? Most likely his attacker was a buddy of his. One more hoodlum is dead.
Like · Reply · 👍 3 · May 12, 2016 8:25pm


**Selma Yeye** · Bronx, New York
Sorry to say to u my grandson was not hoodlum he graduated from high school nd worked nd was attending college and had nine month old son. Hoodlums is a person that don't do anything for them selves. First know a person before saying negative things, nd we know the neighborhood cops.
Like · Reply · May 15, 2016 12:06am


**Chato Guerra Moral** · San Jose, California
Maybe the name of the attacker is F U! lol
Like · Reply · May 12, 2016 8:41pm


**Gene Mares** · Mankato, Minnesota
Austin Powers anyone? Fuk yoo Fuk mii
Like · Reply · May 13, 2016 3:20am


**Kent Keebler**
Its obviously time to ban those dangerous knives.
Like · Reply · 👍 2 · May 12, 2016 11:51pm


**Joshua Alvarez**
Yes. I've been practicing cutting my steak with my finger. It actually works!
Like · Reply · May 13, 2016 9:40am


**Phoenix Nash Henderson** · Port Lavaca, Texas
One more POS off the streets ...
Like · Reply · 👍 1 · May 13, 2016 8:18am


**Selma Yeye** · Bronx, New York
Ur all a bunch of idiots. Don't know the area and talking crap.
Like · Reply · May 15, 2016 12:08am


**Selma Yeye** · Bronx, New York
If he didn't know who they were how was he suppose know?!

*handwritten:* https://opposingviews.com/i/society/mans-last-words-cops-were-fk-you

**f Share on facebook**