

March 14, 2018

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Sadowski v. Render Media Inc. (1:17-cv-09045-PGG)*

Dear Judge Gardephe,

We represent Plaintiff, Christopher Sadowski, in the above in-captioned case. Plaintiff recently learned that Defendant does not intend on signing the agreed upon settlement agreement and instead said at the last minute they are going out of business. We respectfully request that the Court re-open in the case so that Plaintiff may file it default motion.

The Court's consideration is much appreciated.

    Respectfully submitted,

    /s/Richard Liebowitz
    Richard P. Liebowitz

    *Counsel for Plaintiff Christopher Sadowski*

