

**Liebowitz Law Firm, PLLC**
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

March 14, 2018

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/26/18
```

Re:  *Sadowski v. Render Media Inc. (1:17-cv-09045-PGG)*

Dear Judge Gardephe,

We represent Plaintiff, Christopher Sadowski, in the above in-captioned case. Plaintiff recently learned that Defendant does not intend on signing the agreed upon settlement agreement and instead said at the last minute they are going out of business. We respectfully request that the Court re-open in the case so that Plaintiff may file it default motion.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Christopher Sadowski*

MEMO ENDORSED

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.
Dated: March 21, 2018

Liebowitz Law Firm, PLLC