AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-cv-9045

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Render Media Inc.**

was received by me on *(date)* **11/23/2017** .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Stephanie Way, Operations Manager, authorized person to accept service of process**, who is designated by law to accept service of process on behalf of *(name of organization)* **Render Media Inc.** on *(date)* **12/01/2017 @ 1:17PM** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0** .

I declare under penalty of perjury that this information is true.

Date: **12/02/2017**

*Server's signature*

Judith Smith, Los Angeles County Reg.# 2013100780
*Printed name and title*
c/o L.A. Process Servers
6775 Santa Monica Blvd., #4-274
Los Angeles, CA 90038
323-508-1711
*Server's address*

Additional information regarding attempted service, etc:
Also served: Complaint, Exhibits A and B, Civil Case Cover Sheet.

Stephanie Way, Operations Manager, is described as female, Caucasian, blonde hair, blue eyes, about 5'8" tall, around 160 pounds, in her 40s.