UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-- - - - - - - -- - - - - - - - -- - - - - - - - - - -- - - - - - - - - - - - - -x

CHRISTOPHER SADOWSKI,

           *Plaintiff*,      : Index No. 17-cv-09045-PGG

  vs.                      : ECF Case

RENDER MEDIA INC.

           *Defendant.*

-- - - - - - - -- - - - - - - - -- - - - - - - - - - -- - - - - - - - - - - - - -x

### REQUEST FOR ENTRY OF DEFAULT

Plaintiff CHRISTOPHER SADOWSKI ("Plaintiff") respectfully requests that the Clerk of Court enter the default of Defendant RENDER MEDIA INC. ("Defendant") pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend, as more particularly set forth in the annexed affidavit of Richard P. Liebowitz, Esq. (A Clerk's Certificate is enclosed herewith.)

Dated: March 26, 2018
       Valley Stream, New York

                                                        LIEBOWITZ LAW FIRM, PLLC

                                                        By: /s/    Richard P. Liebowitz
                                                                 Richard P. Liebowitz

                                                         Richard P. Liebowitz
                                                         11 Sunrise Plaza, Suite 305
                                                         Valley Stream, New York 11580
                                                         Telephone: (516) 233-1660
                                                         RL@LiebowitzLawFirm.com

                                                         *Attorneys for Plaintiff Christopher Sadowski*