**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

Plaintiff(s),

**- against -**

_____ Civ. _____(___)

**CLERK'S CERTIFICATE**
**OF DEFAULT**

Defendant(s),
------------------------------------------------------------X

**I, RUBY J. KRAJICK, Clerk of the United States District Court for**

**the Southern District of New York**, **do hereby certify that this action was commenced on**

**_____ with the filing of a summons and complaint, a copy of the summons and**

**complaint was served on defendant(s) _____**

**by personally serving _____,**

*and proof of service was therefore filed on* **_____, Doc. #(s) _____.**

**I further certify that the docket entries indicate that the defendant(s) has not filed an**

**answer or otherwise moved with respect to the complaint herein. The default of the**

**defendant(s) is/are hereby noted.**

**Dated: New York, New York**

**_____, 20___**

**RUBY J. KRAJICK**
**Clerk of Court**

**By: _____**
**Deputy Clerk**