UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Christopher Sadowski

                          Plaintiff(s),

            - against -

Render Media Inc.

                         Defendant(s),
-------------------------------------------------------------X

17 Civ. 09045 (pgg)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 11/20/2018 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Render Media Inc. by personally serving Stephanie Way, operations manager authorized to accept process, and proof of service was therefore filed on March 26, 2018, Doc. #(s) 18.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

Dec 4, 2018

RUBY J. KRAJICK
Clerk of Court

By: _____
Deputy Clerk

SDNY Web 3/2015