UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER SADOWSKI,<br><br>          Plaintiff,<br><br> - against -<br><br>RENDER MEDIA INC.,<br><br>          Defendant. | Docket No. 17-cv-09045 (PGG) |

## [PROPOSED] MODIFIED ORDER TO SHOW CAUSE
## FOR DEFAULT JUDGMENT

Upon the affidavit of Richard Liebowitz, sworn to the 28th of November and the exhibits annexed thereto, and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED,** that the above-named defendant, Render Media Inc. ("Defendant"), show cause at a hearing before this Court at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, courtroom 705, in the City, County and State of New York, on _____, _____ at _____, or soon thereafter as counsel may be heard, why an Order should not be issued pursuant to Rule 54(b) and Rule 55(b) of the Federal Rules of Civil Procedure in favor of Plaintiff Christopher Sadowski for the following relief:

1.  Directing that a default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against defendant Render Media Inc.;

2.  Ordering Defendant to pay $30,000.00 in statutory damages under 17 U.S.C. § 504(c) for willful copyright infringement;

3.  Ordering Defendant to pay $4550.00 in attorneys' fees and $455.00 in costs pursuant to 17 U.S.C. § 505;

4.  Ordering Defendant to pay post-judgment interest under 28 U.S.C.A. § 1961;

5. Directing that the Court retain jurisdiction over any matter pertaining to this judgment;

6. Ordering dismissal of this case and directing the Clerk of the Court to remove it from the Court docket; and

**IT IS FURTHER ORDERED** that service of a copy of this order and annexed affidavit and exhibits upon defendant Render Media, Inc. be made via the New York Secretary of State at the most current address listed for defendant by the New York State Department of State, Division of Corporations on or before _____, _____, and shall be deemed good and sufficient service thereof. Any opposition to entry of a default judgment is due on or before _____, _____.

New York, NY

Dated: _____ **SO ORDERED.**

_____
Paul G. Gardephe (U.S.D.J.)