# Liebowitz Law Firm, PLLC
### Attorneys for the Photographic Arts

11 Sunrise Plaza, Ste. 305
Valley Stream, NY 11580
(516) 233-1660
www.LiebowitzLawFirm.com

December 26, 2018

**VIA ECF**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 705
New York, NY 10007

Re: *Sadowski v. Render Media,* 1:17-cv-09045 (PGG)

Dear Judge Gardephe:

We represent Plaintiff Christopher Sadowski in the above-captioned case. We write to respectfully request that the Court enter a modified Order to Show Cause for a Default Judgment, as per the attached.

On December 6, 2018, the Court entered an Order to Show Cause which indicated that a hearing would be held on January 2, 2019, and that service was to be effectuated by December 10, 2018 [Dkt. #23] Unfortunately, due to administrative oversight, service was not timely effectuated.

Accordingly, Plaintiff respectfully requests that the Court adjourn the scheduled hearing by approximately 21 days so to allow service to be effectuated. We apologize for the oversight and thank the Court for Your Honor's consideration.

Respectfully Submitted,

**/richardliebowitz/**
Richard Liebowitz

*Counsel for Plaintiff Christopher Sadowski*

