UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER SADOWSKI,

                      Plaintiff,

Civil Action No. 17-cv-09045 (PGG)

-against-

AFFIDAVIT OF SERVICE

RENDER MEDIA INC.,

                      Defendants.

---

State of New York)
                SS.:
County of Albany)

Jeffrey Teitel, being duly sworn, deposes and says that deponent is over the age of eighteen years, is employed by the attorney service, TEITEL SERVICE BUREAU INC., and is not a party to this action.

That on the 28th day of December, 2018 at the office of the Secretary of State of New York in the City of Albany he served the annexed a Order to Show Cause for Default Judgment and Declaration of Richard Liebowitz on **RENDER MEDIA INC.** by delivering and leaving with __Sue Louky__, a clerk in the office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, Deponent paid said Secretary of State a fee of $40.00 Dollars. That said service was pursuant to section 306 of the Business Corporation Law.

Deponent further states that he knew the person so served as foresaid to be a clerk in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age | Height | Weight |
|---|---|---|---|---|---|
| __ Male | ✗ White | __ Light | __ 20-30 | ✗ 5'-5'5" | ✗ 100-150 |
| ✗ Female | __ Black | ✗ Medium | __ 31-40 | __ 5'6"-6' | __ 151-200 |
|  | __ Other | __ Dark | __ 41-50 | __ 6'1"-6'5" | __ 200-250 |
|  |  |  | __ 51-60 | __ 6'6"+ | __ 250+ |
|  |  |  | ✗ 61-70 |  |  |

Sworn to before me this 28th day of
December, 2018

_Hilary Teitel_
Hilary Teitel
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires September 11, 2021

_Jeffrey Teitel_
Jeffrey Teitel