UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER SADOWSKI,

                Plaintiff,

- against -

RENDER MEDIA INC.,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

**MODIFIED ORDER TO SHOW CAUSE**

17 Civ. 09045 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Upon the declaration of Richard Liebowitz, dated November 28, 2018, it is hereby ORDERED that Defendant Render Media Inc. show cause before the Honorable Paul G. Gardephe in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York on **Thursday, January 24, 2019 at 10:00 a.m.** why an order for a default judgment should not be entered against Defendant for failing to serve and file an answer after having been served with the summons and complaint herein.

      It is further ORDERED that a copy of this order, together with the Plaintiff's supporting affidavits and exhibits, shall be served on the Defendant on or before 5:00 P.M. on **January 3, 2019**.

      It is further ORDERED that any response by Defendant is to be served and filed by 5:00 P.M. on **January 14, 2019**.

Dated: New York, New York
        December 28, 2018

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge