UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER SADOWSKI,

Plaintiff,

-against-

RENDER MEDIA INC.,

Defendant.

Civil Action No. 1:17-cv-09045-PGG

AFFIDAVIT OF SERVICE

State of New York)
SS.:
County of Albany)

Jeffrey Teitel, being duly sworn, deposes and says that deponent is over the age of eighteen years, is employed by the attorney service, TEITEL SERVICE BUREAU INC., and is not a party to this action.

That on the 3rd day of January, 2019 at the office of the Secretary of State of New York in the City of Albany he served the annexed Modified Order to Show Cause, Proposed Default Judgment and Declaration of Richard Liebowitz on **RENDER MEDIA INC.** delivering and leaving with Sue Zouky, a clerk in the office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, Deponent paid said Secretary of State a fee of $40.00 Dollars. That said service was pursuant to section 306 of the Business Corporation Law.

Deponent further states that he knew the person so served as foresaid to be a clerk in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age | Height | Weight |
|---|---|---|---|---|---|
| __ Male | X White | __ Light | __ 20-30 | X 5'-5'5" | X 100-150 |
| X Female | __ Black | X Medium | __ 31-40 | __ 5'6"-6' | __ 151-200 |
| | __ Other | __ Dark | __ 41-50 | __ 6'1"-6'5" | __ 200-250 |
| | | | __ 51-60 | __ 6'6"+ | __ 250+ |
| | | | X 61-70 | | |

Sworn to before me this 3rd day of January, 2019

[signature]
Hilary Teitel
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires September 11, 2021

[signature]
Jeffrey Teitel