# EXHIBIT C

Case 1:17-cv-09045-PGC-JLC Document 30-3 Filed 03/21/19 Page 2 of 2
Case 1:17-cv-09045-PGG Document 18 Filed 03/26/18 Page 1 of 1
Case 1:17-cv-09045-PGG Document 3 Filed 12/21/17 Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-cv-9045

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Render Media Inc.**

was received by me on *(date)* **11/23/2017**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Stephanie Way, Operations Manager, authorized person to accept service of process**, who is designated by law to accept service of process on behalf of *(name of organization)* **Render Media Inc.** on *(date)* **12/01/2017 @ 1:17PM** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0**.

I declare under penalty of perjury that this information is true.

Date: **12/02/2017**

_Server's signature_

**Judith Smith, Los Angeles County Reg.# 2013100780**
*Printed name and title*
c/o L.A. Process Servers
6775 Santa Monica Blvd., #4-274
Los Angeles, CA 90038
323-508-1711

*Server's address*

Additional information regarding attempted service, etc:
Also served: Complaint, Exhibits A and B, Civil Case Cover Sheet.

Stephanie Way, Operations Manager, is described as female, Caucasian, blonde hair, blue eyes, about 5'8" tall, around 160 pounds, in her 40s.