# EXHIBIT D

Case 1:17-cv-09045-PGG Document 21 Filed 04/02/18 Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Christopher Sadowski

Plaintiff(s),

- against -

Render Media Inc.

Defendant(s),
------------------------------------------------------------X

17 Civ. 09045 (pgg)

**CLERK'S CERTIFICATE OF DEFAULT**

**I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on** 11/20/2018 **with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s)** Render Media Inc. **by personally serving** Stephanie Way, operations manager authorized to accept process, ***and proof of service was therefore filed on*** March 26, 2018, ***Doc. #(s)*** 18.

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

_____________, 20___

**RUBY J. KRAJICK**
**Clerk of Court**

**By:** ______________________
**Deputy Clerk**

SDNY Web 3/2015

Case 1:17-cv-09045-PGG Document 21 Filed 04/02/18 Page 2 of 2

...bowitz Law Firm
... Sunrise Plaza, Suite 305
...lley Stream NY 11580

United States District Court –
Southern District of NY
500 Pearl Street, New York, NY 10007
Attn: Orders + Judgments
Room 200