UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER SADOWSKI<br><br>                    Plaintiff,<br>  - against –<br><br><br>RENDER MEDIA, INC.<br><br>                    Defendant. | 1:17-cv-09045 (PGG)<br><br>ECF Case |

## NOTICE OF APPEARANCE

NOTICE is hereby given that James H. Freeman is entering his appearance as counsel for Plaintiff Christopher Sadowski, for the purpose of receiving notice from the Court.

Respectfully submitted this 23rd day of January, 2019.

/jameshfreeman/
James H. Freeman (JF-8605)
jf@liebowitzlawfirm.com

LIEBOWITZ LAW FIRM
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660