UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER SADOWSKI,

                Plaintiff,

- against -

RENDER MEDIA INC.,

                Defendant.

**ORDER**

17 Civ. 9045 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        WHEREAS Plaintiff commenced this action on November 20, 2017 by filing the Summons and Complaint herein; and

        WHEREAS Plaintiff served Render Media Inc. with the Summons and Complaint herein on December 1, 2017; and

        WHEREAS Plaintiff filed proof of such service on March 26, 2018; and

        WHEREAS Defendant Render Media Inc. has not answered or otherwise responded to the Summons and Complaint herein and Defendant's time to answer has expired; and

        WHEREAS the Clerk of the Court issued a certificate of default as to Defendant John Rios on December 4, 2018; and

        WHEREAS this Court ordered Defendant Render Media Inc. to show cause on January 24, 2019 why default judgment should not be entered against it and Defendant Render Media Inc. did not appear before the Court; it is hereby

ORDERED that a default is entered against Defendant Render Media Inc., and that this matter is referred to Magistrate Judge James L. Cott for an inquest into damages. The Clerk of the Court is directed <u>not</u> to close the case.

Dated: New York, New York
      February 19, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge