UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER SADOWSKI,
                Plaintiff,

- against -

RENDER MEDIA, INC.,
                Defendant.

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

17 Civ. 9045 (PGG) (DCF)

PAUL G. GARDEPHE, U.S.D.J.:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

- ☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

- ☐ Specific Non-Dispositive Motion/Dispute: _____

  If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:
  _____

- ☐ Settlement

- **X** Inquest After Default/ Damages Hearing

- ☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

- ☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

  Purpose: _____

- ☐ Habeas Corpus

- ☐ Social Security

- ☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

  Particular Motion: _____

  All such motions: _____

Dated: New York, New York
November 7, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge