UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER SADOWSKI,<br><br>                    Plaintiff,<br><br>- against -<br><br>RENDER MEDIA INC.<br><br>                    Defendant. | Docket No. 17-cv-9045 (PGG-JLC)<br><br>**2D DECLARATION OF RICHARD LIEBOWITZ** |

I, RICHARD LIEBOWITZ, hereby swear under the penalty of perjury that the following is true and correct to the best of my personal knowledge:

1.      I am lead counsel for plaintiff Christopher Sadowski ("Plaintiff") and am duly admitted to practice law in this District and in the State of New York.

2.      I submit this declaration in further support of Plaintiff's application for entry of default judgment against Render Media Inc. ("Defendant") pursuant to Fed.R.Civ.P. 55(b); Local Rule 55.2(b); and Attachment A of the Court's Individual Rules of Practice in Civil Cases.

3.      I was admitted to the New York state bar on August 19, 2015. Attached as Exhibit A is a true and correct copy of a screenshot from NYCourts.gov showing my date of admission.

4.      My hourly rate of $425/hr. in 2019 has been recently approved by Judge Kuntz in *Carmody v. DML News & Entertainment, Inc.*, 18-cv-04893 (WFK-SJB), dated 10/8/19 (awarding $2,9750.00 in fees based on hourly rate of $425.00) and by Judge Koeltl in *Lanzilote v. The Tempest Media, Inc.*, 19-cv-00477 (JGK), dated 6/04/19 (same).

5.      Also, my hourly rate of $375 submitted in this case for 2018 is "well below what other courts in this district have found as reasonable" for partners. *See, e.g.*, *Regulatory Fundamentals Grp. LLC v. Governance Risk Mgmt. Compliance, LLC*, No. 13 Civ. 2493 (KBF), 2014 WL 4792082, at *2 (S.D.N.Y. Sept. 24, 2014) ("In recent years, New York district courts have approved rates for experienced law firm partners in the range of $500 to $800 per hour."); *Mahan v. Roc Nation, LLC*, No. 14 Civ. 5075 (LGS), 2016 WL 4718018, at *2 (S.D.N.Y. Sept. 9, 2016) (approving partners' hourly rates of $565 to $855); *Broadcast Music, Inc. v. Pamdh Enters., Inc.*, No. 14-cv-2255 (KMW), 2014 WL 2781846, at *7 (S.D.N.Y. June 19, 2014) (collecting cases approving partners' hourly rates of $400 to $735); *Pyatt v. Raymond*, No. 10 Civ. 8764 (CM), 2012 WL 1668248, at *6 (S.D.N.Y. May 10, 2012) (collecting cases approving hourly rates of $400 to $650 for partners in copyright and trademark cases); *GAKM Res. LLC v. Jaylyn Sales Inc.*, No. 08 Civ. 6030 (GEL), 2009 WL 2150891, at *8 (S.D.N.Y. July 20, 2009) (approving hourly rates of $650 and $600 for partners specializing in intellectual property litigation); Diplomatic Man, 2009 WL 935674, at **5-6 (approving partners' hourly rate of $650); *BMS Entm't/Heat Music LLC v. Bridges*, No. 04 Civ. 2484 (PKC), 2007 WL 1989292, at *2, 4 (S.D.N.Y. July 6, 2007) (approving hourly rates greater than $500 for experienced copyright litigators).

6.      Attached hereto as Exhibit B is a true and correct copy of substantiation of costs indicated in my first declaration of $455.00, along with additional $62.00 for service of default papers.

7.      Attached hereto as Exhibit C is a copy of the Court's order.

Dated: November 22, 2018
Valley Stream, New York

3

        Respectfully Submitted:

        **/richardliebowitz/**
        By: Richard Liebowitz
        LIEBOWITZ LAW FIRM, PLLC
        11 Sunrise Plaza, Ste. 305
        Valley Stream, NY 11580
        (516) 233-1660
        rl@liebowitzlawfirm.com

        *Counsel for Plaintiff Christopher Sadowski*