# EXHIBIT B

# CHASE for BUSINESS

Printed from Chase for Business

## CREDIT CARD (...1086)

$400.00
Sale

Nov 20, 2017
Transaction date

Nov 21, 2017
Posted date

COURTS/USDC-NY-S

| | |
|---|---|
| Description | COURTS/USDC-NY-S |
| Card number | (...1086) |
| Category | Miscellaneous |
| Memo | Complaint Filing Fee for Sadowski v. Render Media Inc. |

Transaction details may be preliminary or incomplete and may not match the transaction as it appears on your periodic statement, which is the official record of your account activity.

JPMorgan Chase Bank, N.A. Member FDIC        ©2019 JPMorgan Chase & Co.        Equal Opportunity Lender

## Transaction details

December 2, 2017 at 5:09:36 PM PST   |   Transaction ID: 0PS20984HK555044C

| | |
|---|---|
| **Invoice Sent** | **Gross amount** |
| Payment Status: **Completed** | −$55.00 USD |
| Payment Type: Mobile Payment | |
| \| View Invoice Details | |

**Shipping address**

Liebowitz Law Firm, PLLC

11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580
United States
Confirmed

| Order details | Quantity | Price | Subtotal |
|---|---|---|---|
| **Routine Service** Serve Summons and Complaint to: Render Media Inc. 145 S. Fairfax Ave. Los Angeles, CA 90036 12/1/17@1:47PM Served Stephanie Way, Operations Manager, authorized to accept service on behalf of the company | 1 | $55.00 USD | $55.00 USD |
| | | Purchase Total | $55.00 USD |

### Your Payment

| | |
|---|---|
| **Purchase Total** | −$55.00 USD |
| **Gross Amount** | −$55.00 USD |
| **PayPal Fee** | $0.00 USD |
| **Net Amount** | −$55.00 USD |
| **Invoice ID** | INV2-PHCF-H49H-3TUJ-PRMY |
| **Reason** | Invoice |
| **Contact info** | L.A. Process Servers  The receiver of this payment is **Verified**  s-thompson@att.net |
| **Funding details** | Funding Type: Bank Account  Funding Source: −$55.00 USD – JPMORGAN CHASE BANK ending in x-1992  Backup Funding Source: VISA ending in x-2458 |

**Need help?**

Go to the Resolution Center for help with this transaction, to settle a dispute or to open a claim.



# Invoice

P.O. Box 3150
Albany, NY 12203
518-438-7956   Fax 518-438-0503
www.lawyerservicebureau.com

| Date | Invoice # |
|---|---|
| 1/14/2019 | 37359 |

**PAID 01/14/2019**

| Bill To | Ship To |
|---|---|
| Liebowitz Law Firm, PLLC<br>James H. Freeman, Esq.<br>11 Sunrise Plaza, Suite 305<br>Valley Stream, NY 11580 | |

| File | Re: | Accident Date | Terms |
|---|---|---|---|
| Sadowski v Render Media | | | Net 30 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | SOP - Standard | Service of Process on Department of State<br>3-5 day service<br>Render Media Inc. | 15.00 | 15.00 |
| 1 | Advanced Fees | Advance state fee | 40.00 | 40.00 |
| 70 | Copy Fee | Copies made at $0.10 per page | 0.10 | 7.00 |

Thank you for your business.

| | |
|---|---|
| **Total** | $62.00 |
| **Payments/Credits** | -$62.00 |
| **Balance Due** | $0.00 |