# EXHIBIT C



James Freeman <jf@liebowitzlawfirm.com>

## Activity in Case 1:17-cv-09045-PGG-JLC Sadowski v. Render Media Inc. Order
2 messages

**NYSD_ECF_Pool@nysd.uscourts.gov** <NYSD_ECF_Pool@nysd.uscourts.gov>  Fri, Nov 8, 2019 at 4:47 PM
To: CourtMail@nysd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 11/8/2019 at 4:47 PM EST and filed on 11/8/2019
**Case Name:**      Sadowski v. Render Media Inc.
**Case Number:**    1:17-cv-09045-PGG-JLC
**Filer:**
**Document Number:** 35

**Docket Text:**
**SCHEDULING ORDER FOR DAMAGES INQUEST: On February 20, 2019, Judge Gardephe granted a default judgment against defendant (Dkt. No. 33) and on November 7, 2019 referred this case to me to conduct an inquest into damages (Dkt. No. 34). The Court hereby directs plaintiff to make any additional submissions related to the inquest by November 22, 2019. In particular, the Court directs plaintiff's counsel to provide his year of admission to the bar and cite to authority in support of his request for a $375 hourly rate. Dkt. No. 30 20. Cf. Whitehead v. Mix Unit, LLC, No. 17-CV-9476 (VSB) (JLC), 2019 WL 384446, at *1 (S.D.N.Y. Jan. 31, 2019) (awarding $350 rate), adopted by 2019 WL 1746007 (S.D.N.Y. Apr. 18, 2019). In addition, plaintiff should provide any documentation he has in support of his costs. See, e.g., Sanchez v. Jyp Foods Inc., No. 16-CV-4472 (JLC), 2018 WL 4502008 (S.D.N.Y. Sept. 20, 2018) (without adequate substantiation, a party is not entitled to recover costs). Plaintiff shall file proof of service of his additional submissions, and include with his submissions a copy of this Order. Defendant shall submit its response to plaintiff's submissions no later than December 6, 2019. The Court will consider the matter fully submitted as of December 6, 2019. Finally, the Court hereby notifies the parties that it may conduct this inquest based solely upon the written submissions of the parties. See Bricklayers & Allied Craftworkers Local 2, Albany, N.Y. Pension Fund v. Moulton Masonry & Const., LLC, 779 F.3d 182, 189 (2d Cir. 2015) (quoting Action S.A. v. Marc Rich & Co., 951 F.2d 504, 508 (2d Cir. 1991)); Cement & Concrete Workers Dist. Council Welfare Fund, Pension Fund, Annuity Fund, Educ. & Training Fund & Other Funds v. Metro Found. Contractors Inc., 699 F.3d 230, 234 (2d Cir. 2012) (citation omitted). To the extent that any party seeks an evidentiary hearing on the issue of damages, such party must set forth in its submission the reason why the inquest should not be conducted based upon the written submissions alone, including a description of what witnesses would be called to testify at a hearing and the nature of the**

**evidence that would be submitted. (Signed by Magistrate Judge James L. Cott on 11/8/2019) (rro)**

**1:17-cv-09045-PGG-JLC Notice has been electronically mailed to:**

James H. Freeman     jf@liebowitzlawfirm.com

Richard Liebowitz     RL@LiebowitzLawFirm.com

**1:17-cv-09045-PGG-JLC Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=11/8/2019] [FileNumber=23082639-0] [3b379c252dc9c82b93a16911cdbdebd10fa84c1acee4727fb02a6e5f022a8d4847 2a2ecefaaf0689e1d5e95ee5ab926296ae3cbae9738b8d59cc76162b870f97]]

---

**James Freeman** <jf@liebowitzlawfirm.com>     Fri, Nov 8, 2019 at 4:50 PM
To: Richard Liebowitz <RL@liebowitzlawfirm.com>

Cott has lost it
[Quoted text hidden]