UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

CHRISTOPHER SADOWSKI,

                Plaintiff,

17 **CIVIL** 9045 (PGG)(JLC)

-against-

**JUDGMENT**

RENDER MEDIA INC.,

                Defendant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/8/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 8, 2020, Judge Cott's R&R is adopted in its entirety.

Plaintiff is awarded $25,000 in statutory damages, $2,625 in attorney's fees, and $517 in costs; accordingly, the case is closed.

**Dated:** New York, New York
          October 8, 2020

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                          **BY:**

                                                    **Deputy Clerk**