

**Library buildings are closed to the public through March 31, but the U.S. Copyright Office Catalog is available. More.**

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Builder = (VA0002000106)[in Keyword Anywhere (GKEY)]
Search Results: Displaying 1 of 1 entries



*Group Registration Photos, 2016-Q1 Photo Collection, published 1/1/2016 to...*

|     |     |
| --- | --- |
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | *VA0002000106* / 2016-03-31 |
| **Application Title:** | Group Registration Photos, 2016-Q1 Photo Collection, published 1/1/2016 to 3/30/2016; 133 photos. |
| **Title:** | Group Registration Photos, 2016-Q1 Photo Collection, published 1/1/2016 to 3/30/2016; 133 photos. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Christopher Sadowski, 1982- . Address: 46 Viola Avenue, Clifton, NJ, 07011, United States. |
| **Date of Creation:** | 2016 |
| **Date of Publication:** | 2016-01-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Christopher Sadowski, 1982- ; Domicile: United States; Citizenship: United States. Authorship: photograph. |
| **Rights and Permissions:** | Christopher Sadowski, 46 Viola Avenue, Clifton, NJ, 07011, United States, (973) 650-5382, cdsadowski@aol.com |
| **Copyright Note:** | Basis for Registration: Group of published photos. |
| **Contents:** | 123115nye28CS, 1/1/2016; 123115nye32CS, 1/1/2016. |
|  | 010116nye3CS, 1/1/2016; 010116nye7CS, 1/1/2016; 123115nye1CS, 1/1/2016; 123115nye2CS, 1/1/2016; 123115nye3CS, 1/1/2016; 123115nye4CS, 1/1/2016; 123115nye5CS, 1/1/2016; 123115nye6CS, 1/1/2016; 123115nye7CS, 1/1/2016; 123115nye9CS, 1/1/2016; 123115nye10CS, 1/1/2016; 123115nye11CS, 1/1/2016; 123115nye13CS, 1/1/2016. |
|  | 010216hotel4CS, 1/2/2016. |
|  | 010216chickfila4CS, 1/3/2016; 010216chickfila5CS, 1/3/2016; 010216chickfila7CS, 1/3/2016. |
|  | 010616gonzalez7CS, 1/6/2016. |
|  | 010816tank8CS, 1/8/2016. |

022014turnstile6CS, 1/8/2016.

071615democratic31CS, 1/14/2016.

111315uber1CS, 1/14/2016.

112515pabt15CS, 1/15/2016.

042415uber12CS, 1/15/2016.

011516accident1CS, 1/15/2016; 011516accident4CS, 1/15/2016; 011516accident9CS, 1/15/2016; 011516accident15CS, 1/15/2016; 011516accident21CS, 1/15/2016.

011616car9CS, 1/17/2016.

062014crime6CS, 1/18/2016.

011416pedestrian2CS, 1/18/2016.

012116pedestrian1CS, 1/22/2016.

012316blizzardnj8CS, 1/23/2016; 012316blizzardny1CS, 1/23/2016; 012316blizzardny3CS, 1/23/2016; 012316blizzardny4CS, 1/23/2016; 012316blizzardny8CS, 1/23/2016; 012316blizzardny11CS, 1/23/2016; 012316blizzardny13CS, 1/23/2016; 012316blizzardny14CS, 1/23/2016; 012316blizzardny17CS, 1/23/2016; 012316blizzardny19CS, 1/23/2016; 012316blizzardny29CS, 1/23/2016; 012316blizzardny32CS, 1/23/2016.

012316blizzardnj9CS, 1/23/2016; 012316blizzardny24CS, 1/23/2016.

012416accident1CS, 1/25/2016; 012416accident2CS, 1/25/2016; 012416accident3CS, 1/25/2016.

061315shooting12CS, 1/31/2016.

013016homicide1CS, 1/31/2016.

110712ramos16CS, 2/3/2016.

080207_UniversityHeights_1CS, 2/4/2016.

020316vivanco1CS, 2/4/2016; 020316vivanco22CS, 2/4/2016.

020416shooting2CS, 2/4/2016; 020416shooting4CS, 2/4/2016; 020416shooting6CS, 2/4/2016; 020416shooting8CS, 2/4/2016.

020516vivid2CS, 2/5/2016.

020416shooting7CS, 2/6/2016.

050313bartender5CS, 2/6/2016.

020716collision6CS, 2/7/2016.

122815uber1CS, 2/9/2016.

042214cell3CS, 2/11/2016.

021216fire1CS, 2/12/2016.

021216homicide4CS, 2/12/2016.

021316fire1CS, 2/13/2016; 021316fire2CS, 2/13/2016; 021316fire3CS, 2/13/2016; 021316fire4CS, 2/13/2016; 021316fire5CS, 2/13/2016.

021316sykes4CS, 2/13/2016.

021216homicide2CS, 2/14/2016.

012214farina17CS, 2/14/2016.

111315uber29CS, 2/16/2016.

021716slashing2CS, 2/18/2016; 021716slashing4CS, 2/18/2016; 021716slashing6CS, 2/18/2016.

021716slashing1CS, 2/18/2016.

021816stabbing2CS, 2/18/2016.

021816wellner1CS, 2/18/2016; 021816wellner3CS, 2/18/2016; 021816wellner7CS, 2/18/2016.

021816fall6CS, 2/19/2016.
021816wellner13CS, 2/19/2016.
021816wellner2CS, 2/19/2016.
021816stabbing1CS, 2/20/2016.
021916shelter2CS, 2/20/2016.
022016accident5CS, 2/20/2016.
090612pompeii108CS, 2/24/2016; 090612pompeii116CS, 2/24/2016; 090612pompeii162CS, 2/24/2016; 090612pompeii173CS, 2/24/2016.
021816uber3CS, 2/24/2016.
022516batman3CS, 2/25/2016; 022516batman6CS, 2/25/2016.
022616hospital2CS, 2/26/2016; 022616hospital9CS, 2/26/2016.
022616overturned2CS, 2/27/2016.
111315uber18CS, 3/1/2016.
030416prisoner5CS, 3/4/2016.
030516push14CS, 3/6/2016.
111315uber17CS, 3/6/2016.
071615democratic40CS, 3/7/2016.
121212beach35CS, 3/7/2016.
030516push7CS, 3/11/2016.
030516patrol3CS, 3/13/2016.
031616stabbing5CS, 3/17/2016.
031716ripleys3CS, 3/17/2016.
031716christies3CS, 3/17/2016.
043015imperial10CS, 3/17/2016.
031916amadeus2CS, 3/19/2016.
032016deli1CS, 3/20/2016.
031916murder8CS, 3/20/2016.
100814wfp49CS, 3/20/2016.
080914taxi12CS, 3/22/2016.
032416shooting1CS, 3/24/2016.
040112cutter5CS, 3/26/2016.
032616stabbing1CS, 3/26/2016.
032616crash5CS, 3/26/2016.
032616collision6CS, 3/27/2016.
032716stabbing3CS, 3/27/2016.
032716passaic2CS, 3/27/2016.
032716passaic5CS, 3/28/2016.
062415house56CS, 3/28/2016.
122815uber4CS, 3/29/2016.
032816homicide2CS, 3/29/2016.
032816homicide3CS, 3/30/2016.
032716stabbing2CS, 3/30/2016.

**Names:** [Sadowski, Christopher, 1982-](#)



Cited in Sadowski v. Render Media Inc 17Cv09045 decided 3/20/20
Archived on 3/20/20
This document is protected by copyright.
Further reproduction is prohibited without permission.

| | |
|---|---|
| Save, Print and Email ([Help Page](#)) ||
| Select Download Format  Full Record ▼ | Format for Print/Save |
| Enter your email address: | Email |

[Help](#)  **Search**  **History**  **Titles**  **Start Over**

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

Cited in Sadowski v Render Media Inc
17CV9045 Decided
Archived on 3/20/20
This document is protected by copyright.
Further reproduction is prohibited without permission.